UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-99-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DARRIS DEE MARSHALL**, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for a Sentence Reduction under USSC Amendment 821. (Doc. No. 67).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's Motion for a Sentence Reduction under USSC Amendment 821.

Signed: March 1, 2024

Max O. Cogburn Jr.
United States District Judge

1